















SWD    6/15/04    16:42

3:04-CV-01196    EDSTROM V. PATENAUDE AND FELIX

*1*

*CMP.*

1 | Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2 | Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
3 | **Hyde & Swigart**
110 West 'C' Street, Suite 900
4 | San Diego, CA 92101
Telephone:   (619) 233-7770
5 | Facsimile:   (619) 330-4657

6 | **Attorneys for the Plaintiff**

7

FILED

04 JUN 15 PM 1:23

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SD                           DEPUTY



8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | Teri A. Edstrom,

| Case No. **04 CV 1196 ⸺ B (RBB)**

12 |        Plaintiff,

13 | v.

| **VERIFIED COMPLAINT FOR DAMAGES**

14 | Patenaude & Felix, A.P.C.,

| **DEMAND FOR JURY TRIAL**

15 |        Defendant.

16 | ### INTRODUCTION

17 | 1.  The United States Congress has found abundant evidence of the use of abusive, deceptive, and

18 | unfair debt collection practices by many debt collectors, and has determined that abusive debt

19 | collection practices contribute to the number of personal bankruptcies, to marital instability, to

20 | the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair Debt Collection

21 | Practices Act, 15 U.S.C. 1692 et seq (hereinafter "FDCPA"), to eliminate abusive debt collection

22 | practices by debt collectors, to insure that those debt collectors who refrain from using abusive

23 | debt collection practices are not competitively disadvantaged, and to promote consistent State

24 | action to protect consumers against debt collection abuses.

25 | 2.  Plaintiff Teri A. Edstrom, (hereinafter "Plaintiff") by her attorneys, brings this action to challenge

26 | the actions of Patenaude & Felix, A.P.C., (hereinafter "Defendant") with regard to attempts by

27 | the Defendant, a debt collector, to unlawfully and abusively collect an alleged debt claimed to be

28 | owed by Plaintiff, and this conduct caused Plaintiff damages.

Verified Complaint For Damages

ORIGINAL

JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq.

5. Personal jurisdiction is established because Defendant does business within the State of California, and Defendant's principal place of business is within the State of California.

6. Venue is proper in the County of San Diego because the Defendant's principal place of business is in the County of San Diego.

PARTIES

7. Plaintiff is a natural person who resides in the City of Brentwood, County of Conta Costa, State of California.

8. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

9. Defendant is a law firm in the State of California operating from an address at 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123.

10. Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

FACTUAL ALLEGATIONS

11. At all times relevant, Plaintiff was an individual who resided within the State of California.

12. Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant conducted business in the State of California.

13. Sometime before January 20, 2004, Plaintiff allegedly incurred financial obligations to Retailers National Bank.  These financial obligations were primarily for personal, family or household purposes and are therefore "debt(s)" as that term is defined by 15 U.S.C. § 1692a(5).

14. Sometime thereafter, but before before January 20, 2004, Plaintiff fell behind in the payments allegedly owed on the alleged debt.

15. Subsequently, the alleged debt was assigned, placed or otherwise transferred to Defendant for collection from the Plaintiff.

16. On or about September 19, 2003, Defendant sent, and Plaintiff received, a dunning letter addressed to Plaintiff's home and in the name of Defendant. *(See attached Plaintiff's Exhibit 1.)*

1    17. This letter to the Plaintiff, by the Defendant, was a "communication" as that term is defined by 15

2        U.S.C. § 1692a(2).

3    18. On or about January 28, 2004, the Defendant was sent a letter in which the Plaintiff included a

4        copy of Plaintiff's Exhibit 1, disputed the validity of the debt, and requested validation of the

5        debt in language consistent with 15 U.S.C. § 1692g(b). *(See attached Plaintiff's Exhibit 2.)*

6    19. On or about March 9, 2004, the Defendant sent, and Plaintiff received, a dunning letter

7        addressed to Plaintiff's home and in the name of Defendant. (See attached Plaintiff's Exhibit 3.)

8    20. By sending this March 9, 2004 communication, with a demand for payment, before validating the

9        debt as requested by the Plaintiff, the Defendant violated 15 U.S.C. § 1692g.

10   21. By sending this communication, referenced in paragraph 18, Defendant acted in a manner that

11       was deceptive, unfair, and unconscionable, violating 15 U.S.C. §§ 1692e, 1692e(10) and 1692f.

12                              CAUSES OF ACTION CLAIMED BY THE PLAINTIFF

13                            VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

14                                        15 U.S.C. §1692 et seq.

15   22. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully

16       stated herein.

17   23. The foregoing acts and omissions of the Defendant constitute numerous and multiple violations

18       of the FDCPA, including, but not limited to, each and every one of the above-cited provisions of

19       the FDCPA, 15 U.S.C. § 1692 et seq.

20   24. As a result of Defendant's violations of the FDCPA, Plaintiff has suffered statutory damages in an

21       amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and is entitled to reasonable

22       attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from this Defendant.

23                                      PRAYER FOR RELIEF

24   WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

25                            FAIR DEBT COLLECTION PRACTICES ACT

26       • for an award of statutory damages of $1,000.00, pursuant to 15 U.S.C. §1692k(a)(2)(A);

27       • for an award of the costs of litigation and reasonable attorney's fees, pursuant to 15 U.S.C.

28         § 1692k(a)(3).

1

TRIAL BY JURY

2   • Pursuant to the Seventh Amendment to the Constitution of the United States of America, the

3   Plaintiff is entitled to, and demands, a trial by jury.

4

5   Dated:   6/3/04                          Respectfully submitted,

6                                            HYDE & SWIGART

7

8                                     By: _____
                                          Joshua B. Swigart, Esq.
9                                         Attorney for the Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      ## VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF

2

3      STATE OF CALIFORNIA      )
       ) ss
4      COUNTY OF CONTA COSTA   )

5

6      I, Teri A. Edstrom having first been duly sworn and upon oath, deposes and says as follows:

7      1.   I am the Plaintiff in this civil proceeding.

8      2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the

9           facts contained in it are true, to the best of my knowledge, information, and belief formed after

10          reasonable inquiry.

11     3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good

12          faith argument for the extension, modification, or reversal of existing law.

13     4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any

14          Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost

15          of litigation to any Defendant(s), named in the Complaint.

16     5.   I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

17     *Teri A. Edstrom*
18

19     Teri A. Edstrom

20

21

22     Subscribed and sworn to before me

23     this 5 day of May, 2004.

24                                    DIANA L. CROSS
                                      COMM. #1327605
25                                    NOTARY PUBLIC - CALIFORNIA
                                      CONTRA COSTA COUNTY
26     Notary Public                  My Comm. Expires November, 21, 2005

27

28                                    *VERIFICATION OF COMPLAINT AND CERTIFICATION BY PLAINTIFF*

# LAW OFFICES OF
# PATENAUDE & FELIX, A.P.C.
### A PROFESSIONAL LAW CORPORATION

| [X] 4545 MURPHY CANYON RD, 3RD FL | [ ] 213 EAST MAIN STREET | [X] PLEASE REPLY TO OFFICE INDICATED |
| SAN DIEGO, CALIFORNIA 92123 | PITTSBURGH, PENNSYLVANIA 15106 | |
| TEL (858) 244-7600  (800) 832-7675 | TEL (412) 429-7675  (866) 772-7675 | |
| FAX (858) 836-0318 | FAX (412) 429-7679 | |

22712                                   01/20/04

TERI A EDSTROM
825 RUTHERFORD CIR
BRENTWOOD, CA 945132616

RE:  RETAILERS NATIONAL BANK
    Balance Due:    $3,396.23
    Account Number:    4352378339875151
    Our File Number:    2051.450

Dear TERI A EDSTROM:

Please be advised that the above-referenced debt has been assigned to this firm to initiate collection efforts regarding your delinquent outstanding balance to our client.

In the event that legal action is pursued and judgment is ultimately obtained against you, the judgment may include all court costs, prejudgment interest and attorney's fees in addition to the principal amount currently owed.  If you wish to eliminate further legal action, please contact us at (858) 244-7600 or out of the 858 area code (800) 832-7675.

Unless you notify us within THIRTY (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within THIRTY (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within THIRTY (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Very Truly Yours,

Raymond A. Patenaude, ESQ.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**Teri A. Edstrom**
825 Rutherford Cir.
Brentwood, CA 94513-2616

January 28, 2004

Patenaude & Felix, A.P.C.
4545 Murphy Canyon Rd., 3rd FL
San Diego, CA 92123

I received your letter dated, January 20, 2004. I dispute the validity of the debt, please validate it.

Also, stop calling me at home or work, it is really inconvenient to talk with you about this by telephone. Only send me things in writing.

Thanks,

*Teri Edstrom*


enclosure



LAW OFFICES OF

# PATENAUDE & FELIX, A.P.C.

### A PROFESSIONAL LAW CORPORATION

| [ X ]  4545 MURPHY CANYON RD, 3RD FL<br>SAN DIEGO, CALIFORNIA 92123<br>TEL (858) 244-7600  (800) 832-7675<br>FAX (858) 836-0318 | { }  213 EAST MAIN STREET<br>CARNEGIE, PENNSYLVANIA 15106<br>TEL (412) 429-7675  (866) 772-7675<br>FAX (412) 429-7679 | [ X ] PLEASE REPLY TO OFFICE INDICATED |
|---|---|---|

56138                                            03/09/04
TERI A EDSTROM
825 RUTHERFORD CIR

BRENTWOOD, CA 945132616

RE:   Our Client:      RETAILERS NATIONAL BANK / TARGET VI
      Balance Due:     $3,396.23
      Our File No.:    2051.450
      Account No.:     4352378339875151

Dear TERI A EDSTROM:

We have been unable to reach you telephonically to advise you of a recent limited settlement program that has been initiated by our client regarding your outstanding balance.

For a brief period, our client has authorized this office to discount a substantial portion of your obligation. Please call as soon as possible to get specific details. Upon receipt of the settlement proceeds, the account will be considered settled in full and no more sums will be due and payable.

Please contact our office immediately at our toll free number to advise of your intentions.  If you should choose to correspond with us in writing, please be sure to include your telephone number.   If you should have any further questions and/or comments, please do not hesitate to call.
Very truly yours,

LAW OFFICE OF PATENAUDE & FELIX

By: Ellen Zupp
Legal Assistant



**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Teri A. Edstrom    **5U** | Patenaude & Felix, A.P.C. |

**04 JUN 15  PM 1: 21**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~Los Angeles~~ *Contra Costa* (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   San Diego (IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| | **DEPUTY** |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Joshua B. Swigart, SBN: 225557 West Coast Litigation San Diego, CA 92101 (619) 233-7770 (619) 330-4657 fax | Unknown    **'04 CV 1196    B (RBB)** |

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. 1692 et seq., (unfair debt collection practices)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ 50,000.00 | Check YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | Docket Number |
|---|---|---|
| DATE   6/3/04 | SIGNATURE OF ATTORNEY OF RECORD | |

#104549    150-    MC

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

**ORIGINAL**